IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Lachelle

Printed: 2/5/08

Case Number: 06 B 11864
Judge: Wedoff, Eugene R
Filed: 9/20/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 20, 2007
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,750.00 |  |
| Secured: |  | 1,178.70 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 481.00 |
| Trustee Fee: |  | 90.30 |
| Other Funds: |  | 0.00 |
| Totals: | 1,750.00 | 1,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 481.00 |
| 2. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 9,351.77 | 1,178.70 |
| 4. | Americredit Financial Ser Inc | Unsecured | 220.03 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 69.87 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 85.11 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 166.02 | 0.00 |
| 8. | Pronger Smith Clinic | Unsecured |  | No Claim Filed |
| 9. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 10. | TCF Bank | Unsecured |  | No Claim Filed |
| 11. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 12,892.80 | $ 1,659.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 33.60 |
| 5.4% | 56.70 |
|  | $ 90.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Smith, Lachelle

Printed:  2/5/08

Case Number:  06 B 11864
Judge:  Wedoff, Eugene R
Filed:  9/20/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____